**Order entered April 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01430-CR
No. 05-12-01603-CR

**NAKIA LASHUAN FRANKLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-81048-2008, 416-81072-2012**

## ORDER

The Court **REINSTATES** the appeals.

On March 6, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desire to pursue the appeals; (2) appellant was represented by retained counsel at trial, but did not retain counsel for the appeals; (3) appellant is indigent; (4) Angela D'Amore has now been appointed to represent appellant; and (5) Ms. D'Amore should be given forty-five days to file appellant's brief.

We **DIRECT** the Clerk to substitute Angela D'Amore as appellant's appointed attorney of record in place of Matthew Rolston.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Matthew Rolston, Angela D'Amore, and John Rolater.

/s/      DAVID EVANS
            JUSTICE